1  HARVEY P. SACKETT (72488)
2  SACKETT
   AND HERRERA
3  A PROFESSIONAL LAW CORP.
   1055 Lincoln Avenue
4  Post Office Box 5025
   San Jose, California 95150-5025
5  Telephone: (408) 295-7755
6  Facsimile:  (408) 295-7444

*IT IS SO ORDERED*
*Judge Edward J. Davila*

Attorney for Plaintiff

/jgl

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARRIE K. LEWIS, | ) Case No: 5:10-cv-05061-~~LHK~~EJD |
| Plaintiff, | ) |
| v. | ) STIPULATION AND ORDER |
| MICHAEL J. ASTRUE, Commissioner, Social Security Administration, | ) |
| Defendant. | ) |

Plaintiff and Defendant, through their respective attorneys, hereby stipulate that Plaintiff shall have a first extension of time of (60) days up through and including Monday, June 13, 2011 in which to e-file her Motion for Summary Judgment.  This extension is necessitated by recent staff changes, as well as the number of cases (6) the firm presently has pending before this and other district courts that require briefing.

1

STIPULATION AND ORDER

        MELINDA L. HAAG
        United States Attorney

Dated: April 11, 2011
        /s/
        PETER THOMPSON
        Special Assistant U.S. Attorney

Dated: April 11, 2011
        /s/
        HARVEY P. SACKETT
        Attorney for Plaintiff
        CARRIE K. LEWIS

IT IS SO ORDERED.

Dated: 5/6/2011
        ~~HON. LUCY H. KOH~~ Hon. Edward J. Davila
        United States District Judge

STIPULATION AND ORDER

Case5:10-cv-05061-EJD Document17 Filed04/06/11 Page22of22